**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus IZQUIERDO–GARCIA,**
**Defendant–Appellant.**

**No. 15–11467**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 29, 2015.

Andrea G. Hoffman, Wifredo A. Ferrer, Juan Antonio Gonzalez, Jr., Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jesus Izquierdo–Garcia, Philipsburg, PA, pro se.

Before WILLIAM PRYOR, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Jesus Izquierdo–Garcia appeals *pro se* the denial of his motion for a sentence reduction. 18 U.S.C. § 3582(c)(2). Izquierdo–Garcia based his motion on Amendment 782 to the Sentencing Guidelines. We affirm.

The district court did not err when it denied Izquierdo–Garcia's motion. Izquierdo–Garcia, whose sentence is based on the career offender guideline, U.S.S.G. § 4B1.1, not on the drug quantity tables, *id.* § 2D1.1, is ineligible for a sentence

---

1. Appellees' motion to file a supplemental appendix out of time is **GRANTED.**

reduction under Amendment 782. *See United States v. Lawson*, 686 F.3d 1317, 1321 (11th Cir.2012); *United States v. Moore*, 541 F.3d 1323, 1327–30 (11th Cir. 2008). The district court lacked authority to reduce Izquierdo–Garcia's sentence.

We **AFFIRM** the denial of Izquierdo–Garcia's motion to reduce his sentence.